No. 96-6238. NEUTON v. CITY NATIONAL BANK (two judgments). Ct. App. Cal., 2d App. Dist. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed

until December 9, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.